# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNIVERSAL TRANSDATA, LLC**,

    Plaintiff,

v.                                                Case No: 2:18-cv-00405-UA-MRM

**PC GEAR HEAD, LLC**,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF SETTLEMENT
## AND AGREED MOTION TO STAY DEADLINES

Pursuant to Local Rule 3.08, Defendant, PC Gear Head, LLC gives notice to the Court that the parties have reached an agreement that will resolve all pending claims between them.

The parties request that the Court stay all unreached case deadlines applicable between the parties for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims in this action.

                                                s/ *Angela J. Crawford*
                                                Angela J. Crawford
                                                Florida Bar No. 43611
                                                **DLA PIPER LLP (US)**
                                                200 S. Biscayne Boulevard
                                                Suite 2500
                                                Miami, FL 33131-5341
                                                Phone: (305) 423-8500
                                                Facsimile: (305) 437-8131
                                                Email: angela.crawford@dlapiper.com
                                                               sheila.hall@dlapiper.com

John M. Guaragna (*pro hac vice*)
**DLA PIPER LLP (US)**
401 Congress Avenue
Suite 2500
Austin, TX  78701
Phone:  (512-457-7125
Email:  john.guaragna@dlapiper.com

*Attorneys for Defendant*


*/s/ Martin B. Sipple*
Martin B. Sipple
Florida Bar No. 0135399
Telephone: (850) 425-5315
Email: msipple@ausley.com
AUSLEY MCMULLEN
123 South Calhoun Street
Tallahassee, Florida 32301

And

Daniel A. Kent
Email:  dankent@kentrisley.com
Telephone: (404) 585-4214
Fax: (404) 829-2412
Stephen A. Risley
steverisley@kentrisley.com
Telephone: (404) 585-2101
Fax: (404) 389-9402
KENT & RISLEY LLC
5755 N Point Pkwy Ste. 57
Alpharetta, VA 30022

Attorneys for Plaintiff

-2-

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Martin B. Sipple
AUSLEY MCMULLEN
123 S Calhoun St
Tallahassee, FL 32301
Phone:  850-425-5315
Email:  msipple@ausley.com

Daniel A. Kent (admitted *pro hac vice*)
Stephen R. Risley (admitted *pro hac vice*)
KENT & RISLEY LLC
5755 N. Point Parkway, Suite 57
Alpharetta, GA 30022-1528
Phone:  404-585-2101
Fax:  404-389-9402
Email:  dankent@kentrisley.com
          steverisley@kentrisley.com
*Attorneys for Plaintiff*

                                                                   s/ *Angela J. Crawford*
                                                                   Attorney