UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNIVERSAL TRANSDATA, LLC,

      Plaintiff,

v.                                    Case No:  2:18-cv-405-FtM-99MRM

PC GEAR HEAD, LLC,

      Defendant.

---

**ORDER**

    This matter comes before the Court on defendant's Notice of Settlement and Agreed Motion to Stay Deadlines (Doc. #17), filed on August 23, 2018.  Defendant indicates that the parties have reached a settlement in the case, and anticipate filing a stipulation for dismissal upon finalization.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered.  The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

   **DONE and ORDERED** at Fort Myers, Florida, this ___27th___ day of August, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record